# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANTIAGO RICO-FLORES,<br><br>Defendant. | Case No. 20-CR-00508-DMS<br><br>**ORDER AND JUDGMENT DISMISSING THE INDICTMENT WITHOUT PREJUDICE** |

On motion of the United States, with no objection by Defendant, and with good cause shown, the Indictment in this case is hereby dismissed without prejudice.

DATED: April 1, 2020

**SO ORDERED.**

_____
HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE